Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

JS-6

Attorneys for Defendants
CITY OF LOS ANGELES, WILLIAM BRATTON, MICHAEL BERKOW, DARRYL BUTLER, RON TRAYNOR, BRIAN WENDING, CRAIG BROWN, DETECTIVE KAUL, LIEUTENANT KNIGHT and GREG STRENK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| MICHAEL BUCHANAN,<br><br>                Plaintiff,<br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>                Defendants. | Case No:   CV 06-4479 CJC (PJWx)<br><br>**ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
|---|---|

GOOD CAUSE APPEARING, the Court hereby accepts the Request for Dismissal and orders the Complaint filed by Plaintiff Michael Buchanan in the above-referenced matter dismissed with prejudice.

Dated: October 24, 2008

_____
CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE

1155902_1

1
STIPULATED REQUEST TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE        [CV 06-4479 CJC (PJWx)]